# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-21-0470 |
| v. | |
| NICHELLE HENSON, | |
| Defendant. | |

## ORDER

The Court finds, after considering the Third Consent Motion Speedy Trial Motion and the conference call with the parties on June 9, 2022, pursuant to Title 18, United States Code, Sections 3161(h)(1) and (7), the interests of justice will be served by continuing the trial date beyond the speedy trial date and outweigh the interests of the public and the Defendant in a speedy trial, in that:

    a.    the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

    b.    the requested exclusion of time will provide Defendant and her counsel the time necessary to review the discovery materials;

    c.    the requested exclusion of time would allow the parties sufficient time to conduct discussions regarding a disposition of the case short of trial; and

THEREFORE, IT IS HEREBY ORDERED that the period from June 11, 2022 - August 9, 2022, inclusive, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h).

Date: 6/9/22

Ellen L. Hollander
United States District Judge