CASE NUMBER: MJM-21-0470
CASE NAME: USA v. Nichelle Henson

SDC-BALTIMORE
'25 MAR 12 PM 2:06

CAN WE ADJORN NOW INSTEAD OF STARTING NOW AND BEING DONE AT 5:30? WE WERE GOING TO BEGIN DELIBERATING AT 9:30 AM TOMORROW.

→ CAN WE START DELIBERATING TOMORROW AT 9:30 AM.

JUROR NUMBER: #1

DATE: 3/11/2025
TIME: 5:04

For Court Use Only:
Recv'd by: R. Maideis    DATE: 3/11/2025    TIME: 5:07 pm
Court Exhibit #: 1

Jury Note (Rev. 2/2009)