**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal Case No. MJM-21-470** |
| **NICHELLE HENSON** | * | |
| | * | |

**NOTICE OF APPEAL**

Notice is hereby given that the above-named defendant, Nichelle Henson, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment imposed in this action as set forth in open court on January 22, 2026.

Undersigned counsel was court-appointed for the limited purpose of representing Henson at the District Court level. Undersigned counsel will not be continuing to represent Henson in this appeal.

Respectfully submitted,

_______/s/_________

C. Justin Brown
BROWN LAW
233 E. Redwood Street, Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com